**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| VISTO CORPORATION, ) | Case No. 2:06-CV-181 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| ) | |
| RESEARCH IN MOTION LIMITED, and ) | |
| RESEARCH IN MOTION CORPORATION, ) | |
| ) | |
| Defendants. ) | |

### RIM'S NOTICE OF SUPPLEMENTAL ACTION REGARDING PATENT REEXAMINATION OF THE '708 PATENT BY THE UNITED STATES PATENT AND TRADEMARK OFFICE

On August 3, 2007, the United States Patent and Trademark Office ("the PTO") rejected claims 1-40 of U.S. Patent No. 6,023,708 ("the '708 patent"). In response to Visto's prior amendment of the claims of the '708 patent, the examiner again rejected the claims under 35 U.S.C. §§ 102(b), 102(e), and 103(a). The examiner identified references by Brown, Grous, Wong, and Beckhardt relating to Lotus Notes as anticipatory prior art references. The 104-page office action explains in detail the reasons for the rejection of all the claims of the '708 patent. Exhibit 1.

RIM respectfully requests that this Court consider the PTO's latest reexamination office action, rejecting the claims of the '708 patent, when it considers RIM's Motion to Stay the Case Pending Patent Reexaminations.

Dated:  August 13, 2007

    __/s/ Eric H. Findlay_____
Eric H. Findlay (Lead Attorney)
State Bar No. 07889886
Ramey & Flock, P.C.
100 E. Ferguson, Suite 500
Tyler, TX 75702
ericf@rameyflock.com
Tel.: 903-597-3301
Fax: 903-597-2413

Harry Lee Gillam, Jr. (Lead Attorney)
State Bar No. 07921800
Gillam & Smith, LLP
110 S. Bolivar, Suite 204
Marshall, TX 75670
gil@gillamsmithlaw.com
Tel: 903-934-8450
Fax: 903-934-9257
*Attorneys for Research In Motion Limited and Research In Motion Corporation*

OF COUNSEL:

Linda S. DeBruin
William E. Devitt
Michael A. Parks
Kirkland & Ellis LLP
200 E. Randolph Street
Chicago, IL 60601
Tel: 312-861-2000
Fax: 312-861-2200

Brian Rivers
Barbara Parvis
Research In Motion Corporation
102 Decker Court, Suite 180
Irving, TX 75062
Tel: 972-650-4266
Fax: 972-650-2006

Joe W. Redden, Jr.
BECK REDDEN & SECREST LLP
1221 McKinney Street, Suite 4500
Houston, Texas 77010-2010
Tel:  713-951-3700
Fax:  713-951-3720

**CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2007, I electronically filed the foregoing **NOTICE OF SUPPLEMENTAL ACTION REGARDING PATENT REEXAMINATION OF THE '708 PATENT BY THE UNITED STATES PATENT AND TREDEMARK OFFICE** with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

                                                          /s/ Eric H. Findlay_____
                                                          ERIC H. FINDLAY